UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
YURI KOLBASYUK,

|  |  |
|---|---|
| Plaintiff, | JUDGMENT |
|  | 17-CV-07499 (BMC) |
| - against – |  |

CAPITAL MANAGEMENT SERVICES, LP,

Defendant.
------------------------------------------------------------ X

   A Memorandum, Decision and Order of Honorable Brian M. Cogan, United States District Judge, having been filed on April 14, 2018, granting Defendant's motion to dismiss; and directing the Clerk of Court to enter judgment dismissing the case; it is

   ORDERED and ADJUDGED that Defendant's motion to dismiss is granted; and that this case is dismissed.

|  |  |
|---|---|
| Dated: Brooklyn, NY | Douglas C. Palmer |
| April 18, 2018 | Clerk of Court |
|  |  |
|  | By:  */s/Jalitza Poveda* |
|  |    Deputy Clerk |