UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YURI KOLBASYUK , on behalf of himself and all others similarly situated,<br><br>*Plaintiff,*<br><br>-against-<br><br>CAPITAL MANAGEMENT SERVICES, LP,<br><br>*Defendant.* | Case No:  1:17-cv-07499 (BMC) |

## NOTICE OF APPEAL

Notice is hereby given that Yuri Kolbasyuk on behalf of himself and all other similarly situated consumers, plaintiff, hereby appeal to the United States Court of Appeals for the Second Circuit from the Clerk's Judgment (dismissing this action) and the Memorandum Decision & Order of the U.S.D.J. (granting defendant's motion to dismiss) entered in this action on April 14, 2018 [DE 15].

Dated:  Brooklyn, New York
           April 26, 2018

Respectfully submitted,

/ s / Levi Huebner

By:  Levi Huebner

**Levi Huebner & Associates, PC**

338 Atlantic Avenue, Suite 202
Brooklyn, NY 11201

Tel: (212) 354-5555
Fax: (718) 636-4444
Email: newyorklawyer@msn.com

*Attorneys for Plaintiff*